## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

PHILIP TINSLEY III
148 Preston Circle
Fredericksburg, VA 22406-5144

Tel. (540) 538-4675

**Plaintiff,**

v.

HON. CONDOLEEZZA RICE
U.S. State Department
2201 C Street, NW
Washington, DC 20520-0099

Tel. (202) 647-4000

**Defendant.**

FILED

JUN -5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case No.

CASE NUMBER  1:06CV01042

JUDGE: Royce C. Lamberth

DECK TYPE: Pro se General Civil

DATE STAMP: 06/●/2006

JURY ACTION

## COMPLAINT

**Introduction-**This is a civil action seeking monetary damages. This action materializes out of willful negligence by the defendant under 18 U.S.C.A. § 1341, Notes 57, 60 & 63 and under 18 U.S.C.A. § 2381 as an *accessory after the fact* (see 216 So. 2d 829, 831; 234 A. 2d 284, 285; 378 F. 2d 540, 542).

1. This Court has jurisdiction pursuant to Article III Sections 1 & 2 of the United States Constitution and 28 U.S.C.A. §§ 1331 & 1332. The amount of monetary damages requested is FORTY-FIVE THOUSAND DOLLARS ($45,000).

2. The pro se plaintiff is a voting eligible citizen of the United States of America.

3. The defendant, the Hon. Condoleezza Rice, is the last listed U.S. Secretary of State

**-1-**

(see Art. II Sec. 2 Cl. 2, U.S. Const.) and has her office in Washington, DC.

4. The COMPLAINT, notice of lawsuit, and waiver of summons forms are being served upon the Hon. Condoleezza Rice, Secretary of State, 2201 C Street, NW, Washington, DC 20520-0099; President of the UN General Assembly, New York, NY 10017; President of the U.S., 1600 Pennsylvania Avenue, NW, Washington, DC 20500; Attorney General of the U.S., U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20350-0001; U.S. Attorney, 555 4th Street, NW, Washington, DC 20001-2733; and U.S. Department of Defense, 1000 Defense Pentagon, Washington, DC 20301-1000.

5. **Facts Of Claim**

   a. On January 10, 2006, this pro se plaintiff mailed a letter via certified, return receipt mail to the Secretary of State requesting that she rectify crimes of treason against me (see "GENERAL POWER OF ATTORNEY" and "ADVANCE MEDICAL DIRECTIVE", executed at Fort Myer, VA on February 5, 2002, under 10 U.S.C.A. § 1044 (b) & (c)) and my family who were living on property protected under 38 U.S.C.A. (see *ATTACHMENT A & ATTACHMENTS B1-B3* and *Shafik v. Tinsley & Tinsley, Case No. 03-103-A*, U.S. Dist. Ct. E.D. VA and all of its '*ATTACHMENTS ...*'). This pro se plaintiff did not receive a response from the Hon. Condoleezza Rice, the Secretary of State.

   b. On February 17, 2006, a second (2nd) letter was sent via certified, return receipt mail to the Secretary of State reminding her of the treason of George W. Bush, Richard B. Cheney, and J. Dennis Hastert and requesting that she contact me concerning the crimes of treason that were levied against me and my family (see *ATTACHMENTS C1-C4*). This pro se plaintiff did not receive a response from the Hon. Condoleezza Rice, the Secretary of State.

   c. On April 20, 2006, a "MOTION FOR JUDGMENT BY ENTRY OF DEFAULT"

was filed against Alberto R. Gonzales in *Tinsley v. Gonzales, Case No. 1:06CV00429 RCL*, U.S. Dist. Ct. Dist. DC, removing him as the Attorney General of the United States. This case also cited the Secretary of State.

d.  To date, this pro se plaintiff has not received any correspondence from the Hon. Condoleezza Rice, the Secretary of State, nor has 4221 Dandridge Terrace in Alexandria, VA been returned to me or my family, nor have any of the default awards been rendered from the U.S. Supreme Court lawsuits of 2000, 2001 & 2002 A.D., nor have any of the default awards from *Tinsley v. Union Planters* et ali, *Case No. 02CV2606 MaA*, U.S. Dist. Ct. W.D. TN [Memphis Division]; *Shafik v. Tinsley & Tinsley, Case No. 03-103-A*, U.S. Dist. Ct. E.D. VA [Alexandria Division]; and *Tinsley v. Equifax Information Services of Equifax Inc., Case No. 1:03CV0676*, U.S. Dist. Ct. N.D. GA [Atlanta Division].

## 6. Violations of 18 U.S.C.A. § 1341, Notes 57, 60 & 63

a.  Dr. Condoleezza Rice, the Secretary of State, chief Cabinet official of the United States, and former National Security Advisor, was given the knowledge that this pro se plaintiff's civil rights had been violated on property jointly held by the United States Government (see 38 U.S.C.A. § 3703-5) along with knowledge that his family's property and belongings had been illegally appropriated on the same property. Furthermore, additional knowledge/evidence was given to the Secretary of State that demonstrated that monies were not rendered after federal lawsuits were won as a result of the illegal eviction and theft.

b.  This "indifference to the truth" when verified and sent via the United States Postal System (USPS) is "sufficient to sustain a mail fraud conviction"..

c.  By legal definition Dr. Condoleezza Rice, the Secretary of State, is guilty of violating this Title, Section, and associated Notes of the U.S.C.A. based upon prima facie evidence.

**7. Violations of 18 U.S.C.A. § 2381 as an accessory after the fact**

    a. Dr. Condoleezza Rice, the Secretary of State, and chief Cabinet official, was given knowledge via USPS certified, return receipt letters that George W. Bush, Richard B. Cheney, and J. Dennis Hastert were guilty of treason (see Art. III Sec. 3 Cl. 1, U.S. Const.). Furthermore, she was given knowledge in those aforementioned letters that Ms. Sharif M. Shafik, Sheriff Stan G. Barry/Fairfax County Sheriff's Department, and the Fairfax County Police Department were guilty of treason (see Art. III Sec. 3 Cl. 1, U.S. Const.).

    b. No correspondence was ever rendered unto this pro se plaintiff that the perpetrators had been brought to justice and no correspondence was ever rendered unto this pros se plaintiff that property/belongings/money illegally appropriated on federal property was going to be returned/rendered.

    c. By "... facilitat[ing] ..." or "... contributing in a secondary way ..." the "... avoiding apprehension ..." of perpetrators of acts of treason, Condoleezza Rice, the Secretary of State is an accessory. Furthermore, by continuing to acknowledge/accept George W. Bush as President of the United States, Richard B. Cheney, as Vice President of the United States, and Alberto R. Gonzales, as Attorney General of the United States, she "... receive[d], comfort[ed], [and] assist[ed] a felon knowing that [they] have committed a felony. In addition to giving this comfort and assistance, Condoleeza Rice has obstructed justice (see 216 So. 2d 829, 831; 234 A. 2d 284, 285; and 378 F. 2d 540, 542).

    d. Therefore, based upon prima facie evidence, Condoleezza Rice, the Secretary of State and chief Cabinet official, is guilty of being an accessory after the fact to this Title and Section of the U.S.C.A.

## CONCLUSION

The illegal eviction of Mrs. Hermione Bell Tinsley from 4221 Dandridge Terrace in Alexandria, VA 22309-2806 contributed to her **untimely** death at the Mary Washington Hospital in Fredericksburg, VA (see *Tinsley v. United States, Case No. 06-376 C*, U.S. Ct. Fed. Claims, Washington, DC and all of its '*ATTACHMENTS* ...'). Had she been residing in her home in Alexandria, VA, she would have been at Walter Reed Army Hospital (see *ATTACHMENTS D & E*).

**WHEREFORE** all of the previous items being considered, I, the pro se plaintiff, seek judgment against the defendant, the Hon. Condoleezza Rice, the Secretary of State, for:

**FORTY-FIVE THOUSAND DOLLARS ($45,000)** for violating the Vth Amendment to the U.S. Constitution and for violating 18 U.S.C.A. § 1341, Notes 57, 60 & 63 and under 18 U.S.C.A. § 2381 as an *accessory after the fact*, through willful negligence demonstrating breach of duty, causation, and death.

---

Plaintiff requests a Trail by Jury

Dated this 27th day of May, 2006

By _Philip Tinsley, III_

Philip Tinsley, III in Pro Se
148 Preston Circle
Fredericksburg, VA 22406
Tel. (540) 538-4675

cc: (via certified, return receipt mail, Article Nos. 7005 2570 0001 0437 6614, 7005 2570 0001 0437 6621, 7005 2570 0001 0437 6638, 7005 2570 0001 0437 6645, 7005 2570 0001 0437 6652 & 7005 2570 0001 0437 6669, respectively)

Hon. Condoleezza Rice
Secretary of State
2201 C Street, NW
Washington, DC 20520-0099

President of the UN General Assembly
New York, NY 10017

President of the U.S.
1600 Pennsylvania Avenue, NW
Washington, DC 20500

Attorney General of the U.S.
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20350-0001

U.S. Attorney
555 4th Street, NW
Washington, DC 20001-2733

U.S. Defense Department
1000 Defense Pentagon
Washington, DC 20301-1000


**\*Union Planters Bank/Mortgage is now called/titled "Regions Bank DBA/Regions MTG"**

CAUTION: NOT TO BE USED FOR
IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD.
SAFEGUARD IT

ANY ALTERATIONS IN SHADED
AREAS RENDER FORM VOID

| DD FORM 214 1 JUL 79 | PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE. | CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY |
|---|---|---|

| 1. NAME (Last, first, middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| TINSLEY PHILIP JR | ARMY / RA / TC | 048 | 22 | 4368 |

| 4a. GRADE, RATE OR RANK | 4b. PAY GRADE | 5. DATE OF BIRTH | 6. PLACE OF ENTRY INTO ACTIVE DUTY |
|---|---|---|---|
| COL | 06 | 310714 | BERLIN, CONNECTICUT |

| 7. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8. STATION WHERE SEPARATED |
|---|---|
| USA ELE NATL DEF UNIV                    JA | FORT MYER, VIRGINIA |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE |
|---|---|
| NA | AMOUNT $ 35,000   ☐ NONE |

| 11. PRIMARY SPECIALTY NUMBER, TITLE AND YEARS AND MONTHS IN SPECIALTY (Additional specialty numbers and titles involving periods of one or more years) | 12. RECORD OF SERVICE | YEAR (s) | MON (s) | DAY (s) |
|---|---|---|---|---|
| 95A   TRANSPORTATION MANAGEMENT OFFICER | a. Date Entered AD This Period | 54 | 06 | 01 |
| 24 YEARS, 06 MONTHS//NOTHING FOLLOWS | b. Separation Date This Period | 84 | 05 | 31 |
| | c. Net Active Service This Period | 30 | 00 | 00 |
| | d. Total Prior Active Service | 00 | 00 | 00 |
| 97A   PROCUREMENT MANAGEMENT OFFICER | e. Total Prior Inactive Service | 00 | 10 | 13 |
| 05 YEARS, 05 MONTHS//NOTHING FOLLOWS | f. Foreign Service | 08 | 07 | 23 |
| | g. Sea Service | 00 | 00 | 00 |
| | h. Effective Date of Pay Grade | 75 | 05 | 01 |
| | i. Reserve Oblig. Term. Date | 00 | 00 | 00 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)**
Bronze Star Medal//Meritorious Service Medal(1OLC)//Air Medal//Army Commendation Medal (1OLC)//National Defense Service Medal(1OLC)//Vietnam Service Medal (2)//Army Service Ribbon//Overseas Service Ribbon (1)//Republic of Vietnam Campaign Medal//Senior Parachustist Badge//General Staff Identification Badge//Republic of Vietnam Civil

**14. MILITARY EDUCATION (Course Title, number weeks, and month and year completed)**
Transportation Company Officer Course/36wks/57//Fixed Wing Aviation Course/9wks/57//Transportation Officer Career Course/35wks/63//Transportation Officer Management Course/6wks/63//Command and General Staff College Course/38wks/67//Logistics Executive Development/12wks/68//Defense Management Systems Course/4wks/70//NOTHING FOLLOWS

| 15. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM   ☐ YES  ☒ NO | 16. HIGH SCHOOL GRADUATE OR EQUIVALENT   ☒ YES  ☐ NO | 17. DAYS ACCRUED LEAVE PAID   60.0 |
|---|---|---|

**18. REMARKS**
ITEM 13 CONTINUED:   Action Medal First Class//Republic of Vietnam Gallantry Cross Unit Citation with Palm//Overseas Service Bars (2)//Meritorious Unit Commendation (1OLC)//Defense Distinguished Service Medal//NOTHING FOLLOWS


DENTAL CARE WAS NOT PROVIDED WITHIN 90 DAYS PRIOR TO RETIREMENT//NOTHING FOLLOWS

| 19. MAILING ADDRESS AFTER SEPARATION | 20. MEMBER REQUESTS COPY 6 BE |
|---|---|
| 4221 Dandridge Terrace Alexandria, Virginia  22309 | SENT TO  VA  DIR. OF VET AFFAIRS   ☒ YES  ☐ NO |

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. TYPED NAME, GRADE, TITLE AND SIGNATURE OF OFFICER AUTHORIZED TO SIGN |
|---|---|
| *Philip Tinsley Jr.* | KAREN E. PHILLIPS, CPT, AGC, ASST AG |

**MEMBER - 1**

**SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)**

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Includes upgrades) |
|---|---|
| RETIREMENT | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENLISTMENT CODE |
|---|---|---|
| CH 4, AR 635-100 | RBD | NONE |

| 28. NARRATIVE REASON FOR SEPARATION |
|---|
| FOR LENGTH OF SERVICE |

| 29. DATES OF TIME LOST DURING THIS PERIOD | 30. MEMBER REQUESTS COPY 4 |
|---|---|
| NONE | PT _____ INITIALS |

**MEMBER - 4**

148 Preston Circle
Fredericksburg, VA 22406
January 10, 2006

Secretary of State
2201 C Street, N.W.
Washington, DC 20520-0099

RE: Attorney General of the U.S.

Madam:

When I last attempted to contact you, you were the National Security Advisor. Though it has been awhile since that time and you are an extremely engaged person, I will recap the incident as briefly as possible: It was concerning the Hansen/Hanssen spy case which was being tried in the U.S. District Court for the Eastern District of Virginia's Alexandria Division and I had discovered via the Ohio State University Alumni Office that *Mr*. Claude M. Hilton had not graduated from Ohio State University in 1963 ... . In addition, I had sued Mr. Claude M. Hilton in the U.S. Court of Federal Claims on 18 U.S.C.A. charges (see *Tinsley v. United States, Case No. 00CV35*, U.S. Ct. Fed. Cl. and *Tinsley v. United States, Case No. 00-5059*, U.S. Ct. App. Fed. Cir.) ... he and the U.S. Department of Justice *defaulted*. Naturally this along with his extremely questionable résumé, made Mr. Hilton ineligible to be the judge on the Hansen spy case. I sent this information to you via facsimile, however, the fax number that the internet listed for you as National Security Advisor was the same fax number that is listed for the White House. Hence, I had no means of confirming that you received the information on Mr. Claude M. Hilton; it was obvious from the outcome of the case that you did not ... . Now, there is an even more pressing issue that has disrupted the lives of my always patriotic family and that issue is *treason* (see Article III Section 3 Clause 1, U.S. Constitution) ... .

On November 30th and November 2nd of 2005 I sent Attorney General Alberto R. Gonzales two letters via USPS certified, return receipt mail. The letters described the illegal seizure of my family's properties and belongings in Norfolk, VA (see *Bell & Tinsley v. City of Norfolk, Case No. 03CV350*, U.S. Dist. Ct. E.D. VA-Norfolk Division) and in Alexandria, VA (see *Shafik v. Tinsley & Tinsley, Case No. 03-103-A*, U.S. Dist. Ct. E.D. VA-Alexandria Division; *Tinsley v. Equifax Information Services of Equifax Inc., Case No. 1:03CV0676*, U.S. Dist. Ct. N.D. GA-Atlanta Division; and *Tinsley v. Fairfax County Police Department, Case No. 01-279-A*, U.S. Dist. Ct. E.D. VA-Alexandria Division). The end result of the federal case against the City of Norfolk, VA was that the City of Norfolk, VA now belongs to the federal/United States government; nevertheless, the City of Norfolk has not paid its default award. On an even worse note, the end result of the federal case against Ms. Shafik, a foreign citizen of a foreign state, was the *illegal seizure of property* jointly owned with the federal government (see 38 U.S.C.A.); *treason*

**(1)**

by Equifax Inc., by *Ms*. Leonie M. Brinkema, who also has extremely questionable credentials (see "MOTION TO DISQUALIFY", filed in *Shafik v. Tinsley & Tinsley, Case No. 03-103-A*, U.S. Dist. Ct. E.D. VA), and by Sheriff Stan G. Barry and the Fairfax County Sheriff's Department; and *kidnapping* on federal property (see 18 U.S.C.A. § 1201) by the Fairfax County Police Department. It is now January of 2006 and I have not heard anything from Attorney General Gonzales … .

     As Secretary of State the aforementioned federal crimes fall directly under your jurisdiction. My family and I have not received any of the default awards from the aforementioned cases even though "MOTION[s] FOR WRIT[s] OF MANDAMUS …" have been filed in three (3) of them. Furthermore, our property and belongings have not been returned to us nor have we been compensated for them (see Vth Amendment, U.S. Constitution). My grandmother is ninety-five (95) years old and in a nursing home in Fredericksburg, VA and my mother is seventy-one (71) years old with failing health; therefore, I would appreciate expedient resolutions to these most heinous cases.

     Please contact me at your earliest convenience and I will be available for a meeting, if you desire it.

                  Sincerely yours,

                  *Philip Tinsley, III*

                  Philip Tinsley, III
                  PFC, USAR, Honorably
                   Discharged, November 22,
                   1994

**Sent via certified, return receipt mail**
**Article No. 7005 0390 0005 2039 1293**

**(2)**

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20520

| | | |
|---|---|---|
| Postage | $ $0.39 | |
| Certified Fee | $2.40 | 0403 13 |
| Return Receipt Fee (Endorsement Required) | $1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $4.64 | 01/10/2006 |

Sent To *Secretary of State*
Street, Apt. No.; or PO Box No. *2201 C Street, N.W.*
City, State, ZIP+4 *Washington, DC 20520-0099*

PS Form 3800, June 2002          See Reverse for Instructions

7005 0390 0005 2039 1293

---

FALMOUTH POSTAL STORE
FALMOUTH, Virginia
224066470
5176530403-0098
01/10/2006    (800)275-8777    09:17:57 AM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| WASHINGTON DC 20520 First-Class 0.20 oz. | | | $0.39 |
| Return Rcpt (Green Card) | | | $1.85 |
| Certified | | | $2.40 |
| Label #: | 70050390000520391293 | | |
| Issue PVI: | | | $4.64 |

Total:                                  $4.64

Paid by:
Cash                                   $20.00
Change Due:                           -$15.36

Bill#: 1000201979076
Clerk: 13

— All sales final on stamps and postage. —
Refunds for guaranteed services only.
Thank you for your business.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Secretary of State*
*2201 C Street, N.W.*
*Washington, DC 20520-0099*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Mary Nald*          ☑ Agent
                        ☐ Addressee

RECEIVED

B. Received by (Printed Name)    C. Date of Delivery
                                  01/17/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☑ No

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number
   (Transfer from service label)

7005 0390 0005 2039 1293

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**ATTACHMENT B2**

UNITED STATES POSTAL SERVICE®

Home | Help | Sl

Track & Confirm FA(

# Track & Confirm

## Search Results

Label/Receipt Number: 7005 0390 0005 2039 1293
Status: Delivered

Your item was delivered at 4:35 am on January 17, 2006 in WASHINGTON, DC 20520.

Additional Details > Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

Go >

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services jobs National & Premier Accounts

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

**ATTACHMENT B3**

148 Preston Circle
Fredericksburg, VA 22406
February 17, 2006

Secretary of State
2201 C Street, N.W.
Washington, DC 20520-0099

RE: No Response

Madam:

The United States Postal System (USPS) indicated that you received my certified, return receipt letter (Article No. 7005 0390 0005 2039 1293) of January 10, 2006, on January 17, 2006; it is now four (4) weeks later and I still have not received a response from you ... . I understand that the Hansen/Hanssen spy case may be deemed "CLASSIFIED" and you are not permitted to discuss it with me via mail or in person, however, the private issues of *treason* (Fairfax County Sheriff's Department-*Shafik v. Tinsley & Tinsley, Case No. 03-103-A*, U.S. Dist. Ct. E.D. VA and *Tinsley v. Equifax Information Services of Equifax Inc., Case No. 1:03CV0676*, U.S. Dist. Ct. N.D. GA); *kidnapping on U.S. Governmentally held property* (Fairfax County Police Department-*Tinsley v. Fairfax County Police, Case No. 01-279-A*, U.S. Dist. Ct. E.D. VA); and the *illegal seizure of U.S. Governmentally held property* (38 U.S.C.A. § 3703-5) must be addressed by you/your office.

Under Title 5 of the United States Code (U.S.C.) you are responsible for the stability of the State/country and the smooth operation/running of the President's cabinet. I know that you are aware of the fact that *Mr.* George W. Bush ceased being the President of the United States on August 24, 2001, with the filing of my "MOTION FOR JUDGMENT BY ENTRY OF DEFAULT" and "PROOF OF SERVICE", in *Tinsley v. United States, 2001*, in the U.S. Supreme Court. It is most likely that Donald H. Rumsfeld is the acting President of the United States, since my "MOTION FOR JUDGMENT BY ENTRY OF DEFAULT" and "PROOF OF SERVICE" were also filed in August of 2002 A.D. in *Tinsley v. United States, 2002*, in the U.S. Supreme Court, removing Richard B. Cheney as Vice President of the United States and also removing Colin L. Powell as Secretary of State; and a "MOTION FOR JUDGMENT" based upon Rule 55 FRCP was filed in *Tinsley v. Hastert, Case No. 1:02CV02342*, in the U.S. District Court for the District of Columbia, removing J. Dennis Hastert as the Speaker of the House.

It has already been proven to you that the Attorney General of the United States, Alberto R. Gonzales, is derelict in his duties under Title 28 of the U.S.C. and is now subject to federal lawsuit under 18 U.S.C.A. § 1341. In addition, the Secretary of

-1-

Veterans Affairs for the year 2003 A.D. is in the same proverbial *boat* ... this leaves only you.

I would greatly appreciate you contacting me at your earliest convenience or rectifying all of the illegalities addressed/listed in my January 10, 2006 letter and in my letters to the Attorney General of the U.S. It might be better for you and for this supposedly great nation that these matters be remedied *before* I go before the United Nations ... .

Very truly yours,

Philip Tinsley, III
Complainant

**Sent via USPS Certified, Return Receipt Mail, Article No. 7005 2570 0001 0436 6226**

-2-

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20520

| | |
|---|---|
| Postage | $ $0.39 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.64 |

0403
05

Postmark Here

02/17/2006

Sent To: U.S. Secretary of State
Street, Apt. No.; or PO Box No. 2201 C Street, N.W.
City, State, ZIP+4 Washington DC 20520-0099

7005 2570 0001 0436 6226

---

FALMOUTH POSTAL STORE
FALMOUTH, Virginia
224066470
5176530403-0097
02/17/2006        (800)275-8777        09:27:52 AM

─── Sales Receipt ───

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| WASHINGTON DC 20520 First-Class 0.70 oz. | | | $0.39 |
| Return Rcpt (Green Card) | | | $1.85 |
| Certified | | | $2.40 |
| Label #: | 7005257000010436226 | | |
| | Issue PVI: | | $4.64 |
| Total: | | | $4.64 |

Paid by:
Cash                                          $5.00
Change Due:                                   -$0.36

Bill#: 1000302477962
Clerk: 05

— All sales final on stamps and postage. —
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy

---

**ATTACHMENT C2**


**UNITED STATES POSTAL SERVICE**

Track & Confirm        FAC

# Track & Confirm

### Search Results

Label/Receipt Number: 7005 2570 0001 0438 6228
Status: Delivered

Your item was delivered at 4:14 am on February 27, 2006 in WASHINGTON, DC 20520.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

Go >

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

POSTAL INSPECTORS        site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust        Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

## ATTACHMENT  C3

# FAX

**TO:** Commissioner                    **FROM:** Philip Tinsley III, Complainant

**COMPANY:** Human Rights Commission of the United Nations


**DATE:** February 17, 2006


**NUMBER OF PAGES:** 2


**COMMENTS:** Please include this as evidence against the United States/U.S.
Secretary of State in addition to the "COMPLAINT ..." filed on
January 24, 2006 via USPS Global Express Mail (Article No.
EQ337763830US, Customs Form No. LC569791188US).  The USPS
mail receipts will be forthcoming ... .

**CC:** The Embassy of Switzerland, Washington DC


**ATTACHMENT  C4**

COPY B

**COMMONWEALTH OF VIRGINIA - CERTIFICATE OF DEATH**

DEPARTMENT OF HEALTH - DIVISION OF VITAL RECORDS - RICHMOND

FOR LOCAL HEALTH DEPARTMENT

| REGISTRATION AREA NUMBER | CERTIFICATE NUMBER | STATE FILE NUMBER |
|---|---|---|
| 232 | 52 | |

**DECEDENT**

1. FULL NAME OF DECEDENT: (first) Philip (middle) (last) Tinsley    Jr.    2. SEX: male female ☒

3. DATE OF DEATH (mo.) (day) (year): March 10, 2005    4. AGE: 73 years    IF UNDER 1 YEAR months days / IF UNDER 1 DAY hours minutes    5. DATE OF BIRTH (mo.) (day) (year): July 14, 1931    6. WAS DECEDENT EVER IN U.S. ARMED FORCES? yes ☒ no ☐

**PLACE OF DEATH**

7. NAME OF HOSPITAL OR INSTITUTION (If none, give street or route number): Fairfax Nursing Center    DOA ☐ Out Pat. Emer Rm ☐ Inpatient ☒    8. COUNTY OF DEATH (If independent city, leave blank):

9. CITY OR TOWN OF DEATH: Fairfax    Inside city or town limits? yes ☒ no ☐    10. STREET ADDRESS OR RT. NO. OF PLACE OF DEATH: 10701 Main Street

**USUAL RESIDENCE OF DECEDENT**

11. STATE (OR FOREIGN COUNTRY) OF DECEDENT'S RESIDENCE: Virginia    12. COUNTY OF DECEDENT'S RESIDENCE (If independent city, leave blank): Stafford

13. CITY OR TOWN OF RESIDENCE: Fredericksburg    Inside city or town limits? yes ☐ no ☒    14. STREET ADDRESS OR RT. NO. OF RESIDENCE: P.O. Box 6503    ZIP CODE: 22403

**PERSONAL DATA OF DECEDENT**

15. NAME OF DECEDENT'S FATHER: Philip Tinsley Sr.    16. NAME OF DECEDENT'S MOTHER: Daisy Little

17. RACE OF DECEDENT: Black    18. OF HISPANIC ORIGIN? If yes, specify Cuban, Mexican, Puerto Rican, etc.: no ☒ yes ☐    19. EDUCATION (Specify only highest grade completed): Elementary/Secondary (0-12) / College (1-4 or 5 +) 5+

20. CITIZEN OF WHAT COUNTRY: USA    21. BIRTHPLACE (state or country): Connecticut    22. NEVER MARRIED ☐ MARRIED ☒ DIVORCED ☐ WIDOWED ☐    23. IF MARRIED OR WIDOWED, NAME OF SPOUSE (If divorced leave blank): Mrs. Hermione B. Tinsley

24. SOCIAL SECURITY NUMBER: 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    25. USUAL OR LAST OCCUPATION: Colonel    26. KIND OF BUSINESS OR INDUSTRY: U.S. Army    27. INFORMANT OR SOURCE OF INFORMATION - RELATIONSHIP: Mrs. Hermione B. Tinsley-wife

**CAUSE OF DEATH**

**TO PHYSICIAN:**

Complete and sign medical certification (lines 28) and return both copies to funeral director as soon as possible after determination of cause.

NOTE: If "Pending" must be indicated, so state in part I and notify registrar of final division as soon as possible.

28. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line.

INTERVAL BETWEEN ONSET AND DEATH

IMMEDIATE CAUSE (Final disease or condition resulting in death) (A) *Respiratory Failure*

Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST (B) DUE TO (OR AS A CONSEQUENCE OF): *Senile Dementia*

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

28a. AUTOPSY? yes ☐ no ☒    28b. AUTHORIZED BY:

29a. IF FEMALE, WAS THERE A PREGNANCY IN PAST 3 MONTHS? yes ☐ no ☐ unknown ☐    29b. IF EXTERNAL CAUSE, WAS IT PRIMARY ☐ or CONTRIBUTING ☐ TO CAUSE OF DEATH    29c. DESCRIBE HOW INJURY RELATING TO DEATH OCCURRED

29d. TIME OF INJURY (mo.) (day) (year) A.M. P.M.    29e. INJURY OCCURRED while at work ☐ not while at work ☐    29f. PLACE OF INJURY (home, farm, factory, street, office bldg., etc.)    29g. (city or town) (county) (state)

**MEDICAL CERTIFICATION**

To the best of my knowledge, death occurred at _____ (a.m.) (p.m.) on the date and place and from the cause(s) stated.

ACTUAL SIGNATURE ► *John J. Mathews M.D.*    DATE SIGNED: 3/21/05

NAME OF ATTENDING PHYSICIAN (type or Print): John K. Mathews, M.D.    ADDRESS OF ATTENDING PHYSICIAN: 10721 Main St., Fairfax, UA 22030

**FUNERAL DIRECTOR**

30. BURIAL ☐ REMOVAL ☐ CREMATION ☐    PLACE OF BURIAL, REMOVAL, ETC.: Fairfax Cemetery    (city or town) Fairfax    (state) VA

31. (Signature of funeral director or person legally filing this certificate) ___    NAME OF FUNERAL HOME AND ADDRESS: Everly Funeral Home 10565 Main St., Fairfax, VA 22030    FUNERAL SERVICE LICENSEE FIRST OPTION ___

**REGISTRAR**

32. (Signature of registrar): *Judith Wray*    DATE RECORD FILED: 3/25/05    RESERVED FOR REGISTRAR'S USE

---

This is to certify that this is a true and correct reproduction of the original record filed with the FAIRFAX COUNTY HEALTH DEPARTMENT, FAIRFAX VIRGINIA.

MAY 3, 2005
**DATE ISSUED**

*Judith Wray*
**DEPUTY REGISTRAR**

(SEAL)

**VOID IF ALTERED OR DOES NOT BEAR IMPRESSED SEAL**

---

**ATTACHMENT D**







**7B**

**ATTACHMENT E**