UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Civil Action, File No. <u>1:06CV01042 RCL</u>

PHILIP TINSLEY III

    Plaintiff,

    v.

HON. CONDOLEEZZA RICE

    Defendant.

### AFFIDAVIT OF SERVICE

I, Philip Tinsley III, pro se plaintiff, mailed an original "COMPLAINT", "NOTICE OF ... RELATED CIVIL CASES ...", two (2) FORM 1A., two (2) FORM 1B. and a postage paid means of returning one (1) signed FORM 1B. to me via USPS certified, return receipt mail on June 7, 2006.

Copies of the aforementioned were mailed to the President of the United States and to the U.S. Attorney to complete service.

Dated this 7th day of June, 2006

By _____
Philip Tinsley III, in Pro Se
148 Preston Circle
Fredericksburg, VA 22406
Tel. (540) 538-4675

Enclosures (7 pages)

<u>Sent via USPS Certified, Return Receipt Mail, Article No. 7005 2570 0001 0437 6256</u>

**RECEIVED**

JUN - 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

PHILIP TINSLEY III
148 Preston Circle
Fredericksburg, VA 22406-5144

Tel. (540) 538-4675

**Plaintiff,**

v.

HON. CONDOLEEZZA RICE
U.S. State Department
2201 C Street, NW
Washington, DC 20520-0099

Tel. (202) 647-4000

**Defendant.**

CASE NUMBER  1:06CV01042

JUDGE: Royce C. Lamberth

DECK TYPE: Pro se General Civil

DATE STAMP: 06/██/2006

## COMPLAINT

**Introduction**-This is a civil action seeking monetary damages. This action materializes out of willful negligence by the defendant under 18 U.S.C.A. § 1341, Notes 57, 60 & 63 and under 18 U.S.C.A. § 2381 as an *accessory after the fact* (see 216 So. 2d 829, 831; 234 A. 2d 284, 285; 378 F. 2d 540, 542).

1. This Court has jurisdiction pursuant to Article III Sections 1 & 2 of the United States Constitution and 28 U.S.C.A. §§ 1331 & 1332. The amount of monetary damages requested is FORTY-FIVE THOUSAND DOLLARS ($45,000).

2. The pro se plaintiff is a voting eligible citizen of the United States of America.

3. The defendant, the Hon. Condoleezza Rice, is the last listed U.S. Secretary of State

-1-

CLERK'S OFFICE　　　　　　　　　　　　　　　CO-932
UNITED STATES DISTRICT COURT　　　　　　Rev. 4/96
FOR THE DISTRICT OF COLUMBIA

## NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. **06 1042**
(To be supplied by the Clerk)

### NOTICE TO PARTIES:

Pursuant to Rule 405(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

### NOTICE TO DEFENDANT:

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

### NOTICE TO ALL COUNSEL

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

---

The plaintiff, defendant or counsel must complete the following:

1. **RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).**

   A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(e's) below.]

   [ ]　(a)　relates to common property

   [X]　(b)　involves common issues of fact

   [ ]　(c)　grows out of the same event or transaction

   [ ]　(d)　involves the validity or infringement of the same patent

   [X]　(e)　is filed by the same pro se litigant

2. **RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)**

   A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter.

   Check box if new case is related to a dismissed case: [ ]

3. NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):
   _____

4. CAPTION AND CASE NUMBER OF RELATED CASE(E'S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

   TINSLEY　　　　　v.　　GONZALES　　　　　　C.A. No. 1:06CV00429 RCL

   06-02-2006　　　　　　　_____ PRO SE
   DATE　　　　　　　　　Signature of Plaintiff/Defendant (or counsel)

## Form 1A. Notice of Lawsuit and Request for Waiver of Service of Summons

TO: <u>Condoleezza Rice</u> [as <u>Secretary</u> of <u>State</u>]

    A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the <u>District of Columbia</u> and has been assigned docket number <u>1:06CV01042</u>.

    This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within <u>30</u> days after the date designated below as the date on which this Notice and Request is sent. I enclosed a stamped and addressed envelope with certified, return receipt card-<u>Article No. 7005 2570 0001 0437 6676</u> (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

    If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States).

    If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of summons, which is set forth on the reverse side (or at the foot) of the waiver form.

    I affirm that this request is being sent to you on behalf of the plaintiff, this <u>7th</u> day of <u>June, 2006</u>.

*Signature of Plaintiff's Attorney or Unrepresented Plaintiff*

### NOTES

A-Name of individual defendant (or name of officer or agent of corporate defendant)
B-Title, or other relationship of individual to corporate defendant
C-Name of corporate defendant, if any
D-District
E-Docket number of action
F-Addressee must be given at least 30 days (60 days if located in foreign country) in which to return waiver

(As added Apr. 22, 1993, eff. Dec. 1, 1993)



**Form 1B. Waiver of Service of Summons**

TO: <u>Philip Tinsley III</u>

   I acknowledge receipt of your request that I waive service of summons in the action of <u>Complaint v. Negligence</u>, which is case number <u>1:06CV01042</u> in the United States District Court for the <u>District of Columbia</u>. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue or the court except for objections based on a defect in the summons or in the service of the summons.

   I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after <u>June 7, 2006</u>, or within 90 days after that date if the request was sent outside of the United States.

_____  _____
**Date**                **Signature**
                            **Printed/typed name:** _____
                                 [as _____]
                                 [of _____]

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

   Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked be a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

   It is not good cause for a failure to waive service that a party belives that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

   A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

(As added Apr. 22, 1993, eff. Dec. 1, 1993)

Hon. Condoleezza Rice
Secretary of State
2201 C Street, NW
Washington, DC 20520-0099

Philip Tinsley III, Pro Se Plaintiff
148 Preston Cir
Fredericksburg VA 22406-5144

7005 2570 0001 0437 6676



CERTIFIED MAIL

7005 2570 0001 0437 6676

$4.64
JUN 07 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 22406
STAMPS.COM

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Philip Tinsley III, Pro Se Pl.
148 Preston Circle
Fredericksburg, VA 22406-5144

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☑ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7005 2570 0001 0437 6676

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Sent To: Philip Tinsley III, Pro Se Plaintiff
Street, Apt. No.; or PO Box No. 148 Preston Circle
City, State, ZIP+4 Fredericksburg, VA 22406-5144

**Receipt 1** (7005 2570 0001 0437 6621)
- U.S. Postal Service CERTIFIED MAIL RECEIPT
- Postage: $1.35
- Certified Fee: $2.40
- Return Receipt Fee: $1.85
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $5.60
- Postmark: FALMOUTH BRANCH FRED., VA, JUN 7 2006, USPS-22406
- Sent To: President of the UN General Assembly
- New York, NY 10017

**Receipt 2** (7005 2570 0001 0437 6614)
- U.S. Postal Service CERTIFIED MAIL RECEIPT
- Postage: $1.35
- Certified Fee: $2.40
- Return Receipt Fee: $1.85
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $5.60
- Postmark: FALMOUTH BRANCH FRED., VA, JUN 7 2006, USPS-22406
- Sent To: Hon. Condoleezza Rice, Sec. of State
- 2201 C Street NW
- Washington, DC 20520-0029

**Receipt 3** (7005 2570 0001 0437 6645)
- U.S. Postal Service CERTIFIED MAIL RECEIPT
- Postage: $1.35
- Certified Fee: $2.40
- Return Receipt Fee: $1.85
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $5.60
- Postmark: FALMOUTH BRANCH FRED., VA, JUN 7 2006, USPS-22406
- Sent To: Attorney General of the U.S.
- 950 Pennsylvania Ave, NW
- Washington, DC 20350-0001

**Receipt 4** (7005 2570 0001 0437 6638)
- U.S. Postal Service CERTIFIED MAIL RECEIPT
- Postage: $1.35
- Certified Fee: $2.40
- Return Receipt Fee: $1.85
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $5.60
- Postmark: FALMOUTH BRANCH FRED., VA, JUN 7 2006, USPS-22406
- Sent To: President of the U.S.
- 1600 Pennsylvania Ave, NW
- Washington, DC 20500

**Receipt 5** (7005 2570 0001 0437 6669)
- U.S. Postal Service CERTIFIED MAIL RECEIPT
- Postage: $1.35
- Certified Fee: $2.40
- Return Receipt Fee: $1.85
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $5.60
- Postmark: FALMOUTH BRANCH FRED., VA, JUN 7 2006, USPS-22406
- Sent To: U.S. Department of Defense
- 1000 Defense Pentagon
- Washington, DC 20301-1000

**Receipt 6** (7005 2570 0001 0437 6652)
- U.S. Postal Service CERTIFIED MAIL RECEIPT
- Postage: $1.35
- Certified Fee: $2.40
- Return Receipt Fee: $1.85
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $5.60
- Postmark: FALMOUTH BRANCH FRED., VA, JUN 7 2006, USPS-22406, 06/07/2006
- Sent To: U.S. Attorney
- 555 4th Street NW
- Washington, DC 20001-2733

```
              FALMOUTH POSTAL STORE
                FALMOUTH, Virginia
                    224066470
                  5176530403-0097
   06/07/2006      (800)275-8777      04:19:58 PM

   ─────────────── Sales Receipt ───────────────
   Product         Sale     Unit         Final
   Description     Qty      Price        Price

   WASHINGTON DC 20520                   $1.35
   First-Class
    4.90 oz.
      Return Rcpt (Green Card)          $1.85
      Certified                         $2.40
       Label #:      70052570000104376614
      Customer Postage                  -$5.60
       Subtotal:                         $0.00
   NEW YORK NY 10017                     $1.35
   First-Class
    4.70 oz.
      Return Rcpt (Green Card)          $1.85
      Certified                         $2.40
       Label #:      70052570000104376621
      Customer Postage                  -$5.60
       Subtotal:                         $0.00
   WASHINGTON DC 20500                   $1.35
   First-Class
    4.70 oz.
      Return Rcpt (Green Card)          $1.85
      Certified                         $2.40
       Label #:      70052570000104376638
      Customer Postage                  -$5.60
       Subtotal:                         $0.00
   WASHINGTON DC 20350                   $1.35
   First-Class
    4.70 oz.
      Return Rcpt (Green Card)          $1.85
      Certified                         $2.40
       Label #:      70052570000104376645
      Customer Postage                  -$5.60
       Subtotal:                         $0.00
   WASHINGTON DC 20001                   $1.35
   First-Class
    4.70 oz.
      Return Rcpt (Green Card)          $1.85
      Certified                         $2.40
       Label #:      70052570000104376652
      Customer Postage                  -$5.60
       Subtotal:                         $0.00
   WASHINGTON DC 20301                   $1.35
   First-Class
    4.70 oz.
      Return Rcpt (Green Card)          $1.85
      Certified                         $2.40
       Label #:      70052570000104376669
      Customer Postage                  -$5.60
       Subtotal:                         $0.00
   24c Common       6       $0.24        $1.44
   Buckeye PSA
                                        ───────
   Total:                                $1.44

   Paid by:
   Cash                                  $5.00
   Change Due:                          -$3.56

   Order stamps at USPS.com/shop or call
   1-800-Stamp24.  Go to
   USPS.com/clicknship to print shipping
   labels with postage.  For other
   information call 1-800-ASK-USPS.
   Bill#:  1000302598502
   Clerk:  09

   — All sales final on stamps and postage. —
       Refunds for guaranteed services only.
          Thank you for your business.
                  Customer Copy
```