UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP TINSLEY, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1042 (RCL) |
| ) | |
| CONDOLEEZZA RICE, ) | |
| Secretary, U.S. Department of State, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This Court entered an Order [10] on June 5, 2006, enjoining the plaintiff from filing any further complaints or motions in any federal court without prior leave of that court. Civil Action No. 06-429, *Tinsley v. Gonzales*. Defendant therein, Attorney General Gonzales, through counsel, advised this Court that plaintiff has been under a similar injunction issued on July 17, 2001, by the U.S. District Court for the Eastern District of Virginia, and that Civil Action No. 06-429 was filed in violation of that order, a copy of which was attached as Government Exhibit 1 to the defendant's Motion to Dismiss in Civil Action No. 06-429. This Court takes judicial notice of its own records in Civil Action No. 06-429.

Accordingly, this case must also be dismissed since plaintiff did not seek, or obtain, leave to file the complaint herein.

Defendant is not required to respond to the complaint herein.

This case now stands DISMISSED WITH PREJUDICE.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on June 20, 2006.